IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH BELLAND,

    Plaintiff,

v.                                                        No. CV 21-1028 GJF/CG

SRS DISTRIBUTION INC.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiff Joseph Belland's *Unopposed Motion for Leave to File First Amended Complaint* (the "Motion"), (Doc. 8), filed December 2, 2021. Plaintiff requests leave of Court to file a first amended complaint, (Doc. 8-2), that adds "an age discrimination claim under federal law (ADEA) to the previously pled age discrimination claim under New Mexico state law." (Doc. 8 at 1). The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well taken and shall be **GRANTED**

    **IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Leave to File First Amended Complaint*, (Doc. 8), is **GRANTED** and Plaintiff shall file his first amended complaint by **January 7, 2022**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE