**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSEPH BELLAND,

    Plaintiff,

v.                                                         No. CV 21-1028 JB/CG

SRS DISTRIBUTION INC.,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 CONFERENCE

**THIS MATTER** is before the Court on review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 13).

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 5), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **December 14, 2021, at 10:30 a.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE